**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 73 EAL 2020

Respondent                    :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

v.                               :

                              :

ANTIONE GAINEY,            :

                              :

Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.